**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Lester, | ) CV 12-398-PHX-PGR |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| Presto Lifts, Inc., et al., | ) |
| Defendants. | ) |

Before the Court is Plaintiff's motion to consolidate, for discovery purposes, this action with the action entitled *Steven Lester v. Vonberg Valve, Inc.*, No. 1:12-CV-05994-JBG, in the Northern District of Illinois. (Doc. 35.) All parties consent.

Accordingly,

IT IS HEREBY ORDERED that the motion is GRANTED. All discovery deadlines, discovery matters, and Scheduling Orders issued in the action entitled *Steven Lester v. Vonberg Valve, Inc.*, No. 1:12-CV-05994-JBG, shall serve to govern the action entitled *Steven Lester v. Presto Lifts, Inc.*, No. 2:12-CV-00398-PHX-PGR, until such time that all discovery is completed. Upon completion of discovery, the parties shall have thirty (30) days to file any appropriate motions concerning the transfer and/or consolidation of these matters for purpose of trial with both the United States District Court for the Northern District of Illinois and the United States District Court for the District of Arizona.

DATED this 5th day of February, 2013.

Paul G. Rosenblatt
United States District Judge